# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 122 MM 2015 |
| Respondent | |
| v. | |
| GILBERTO LEBRON QUINONES, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.